UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KUMARI GREEN,

        Plaintiff,

                                  Case no. 16-13802

v.

                                  HON. JOHN CORBETT O'MEARA

COMMERCIAL RECOVERY
SERVICE #2, L.L.C.,

        Defendant.
_____/

## ORDER OF DISMISSAL

This court issued an order to show cause on March 9, 2017, requiring Plaintiff to respond in writing, by March 23, 2017, why this action should not be dismissed for failure to prosecute. Plaintiff having failed to answer the order to show cause;

IT IS HEREBY ORDERED that the above matter is DISMISSED WITHOUT PREJUDICE.

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: March 27, 2017

    I hereby certify that on March 27, 2017 a copy of the foregoing document was served upon Plaintiff using first-class U.S. mail.

                                                  s/William Barkholz
                                                  Case Manager